IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW ESTRADA,

    Petitioner,                    No. 2:12-cv-2969 EFB P

    vs.

R.H. TRIMBLE,

    Respondent.                <u>ORDER</u>

                                    /

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

        Petitioner challenges a conviction in the Tulare County Superior Court and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d). The court will not rule on petitioner's application for leave to proceed *in forma pauperis*.

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

        2. The Clerk of Court shall assign a new case number.

////

////

1  3. All future filings shall bear the new case number and shall be filed at:

2  United States District Court
   Eastern District of California
3  2500 Tulare Street
   Fresno, CA 93721

5  Dated: December 10, 2012.

   _____
6  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE